No. 86–1064. CUOMO, GOVERNOR OF NEW YORK, ET AL. *v.* KOEHLER, COMMISSIONER OF NEW YORK CITY DEPARTMENT OF CORRECTIONS, ET AL. C. A. 2d Cir. Motion of inmate respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 86–1159. TCI CABLEVISION, INC., ET AL. *v.* CENTRAL TELECOMMUNICATIONS, INC. C. A. 8th Cir. Motion of Media Institute for leave to file a brief as *amicus curiae* granted. Certiorari denied.